```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                              COUNSEL/PARTIES OF RECORD

                         OCT 13 2010

                    CLERK US DISTRICT COURT
                       DISTRICT OF NEVADA
                BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-488-ECR (LRL) |
| JOSEPH LAFEMINA, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on October 13, 2010, defendant JOSEPH LAFEMINA pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This Court finds defendant JOSEPH LAFEMINA agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JOSEPH LAFEMINA pled guilty.

The following assets is subject to forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 922(g) and 924(d)(1) and Title 28, United States Code, Section 2461(c):

    a.    Remington .22 caliber Bolt action rifle, model 522, serial number 3069031;

. . .

      b.      Western Fields 20 gauge shotgun, model M175 bolt action shotgun, serial number unknown;

      c.      Winchester 30-30 caliber lever action rifle, serial number 86366;

      d.      Harrington & Richardson 16 gauge shotgun, model Topper, serial number J4783;

      e.      Norinco 9mm pistol, model 213, serial number 703077;

      f.      Stag Arms caliber 5.56mm caliber rifle, model stag 15, serial number 16463; and

      g.      Any and all ammunition.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOSEPH LAFEMINAL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>    Daniel D. Hollingsworth
>    Assistant United States Attorney
>    Michael A. Humphreys
>    Assistant United States Attorney
>    Lloyd D. George United States Courthouse
>    333 Las Vegas Boulevard South, Suite 5000
>    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __13__ day of __October__, 2010.

_Edward C. Reed_
UNITED STATES DISTRICT JUDGE