

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:09-CR-488-ECR (LRL) |
| JOSEPH LAFEMINA, | ) ) ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On October 14, 2010 (Docket #26), the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JOSEPH LAFEMINA to criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant JOSEPH LAFEMINA pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on October 25, 2010, November 1, 2010, and November 8, 2010, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court. #27.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

   a. Remington .22 caliber Bolt action rifle, model 522, serial number 3069031;

   b. Western Fields 20 gauge shotgun, model M175 bolt action shotgun, serial number unknown;

   c. Winchester 30-30 caliber lever action rifle, serial number 86366;

   d. Harrington & Richardson 16 gauge shotgun, model Topper, serial number J4783;

   e. Norinco 9mm pistol, model 213, serial number 703077;

   f. Stag Arms caliber 5.56 mm caliber rifle, model stag 15, serial number 16463; and

   g. Any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 19 day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE